FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILY R. ROGNESS,<br><br>Defendant. | No. 2:20-PO-0056-JTR<br><br>ORDER GRANTING MOTION TO DISMISS<br><br>**MOTION GRANTED**<br>**(ECF No. 14)** |

**BEFORE THE COURT** is the United States' motion to dismiss, without prejudice, pursuant to FED. R. CRIM. P. 48(a).  ECF No. 14.  The United States is represented by David M. Herzog, a supervising United States Attorney, and legal intern Margaret M. Knudsen.  Defendant is currently unrepresented.

The United States indicates the statute cited for the pending citations does not exist and thus requests a dismissal of the citations in anticipation of filing charges under a valid statute.  ECF No. 14 at 2.

In the interest of justice, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Dismiss, **ECF No. 14**, is **GRANTED**.

2. Violation Numbers 9099992 and 9049878 charging Defendant with assaulting, resisting, or impeding certain officers on property controlled by Veterans Affairs are **DISMISSED WITHOUT PREJUDICE and the Case is CLOSED**.

**IT IS SO ORDERED**.

DATED November 16, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1